UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x
MICHAEL THOMAS,                     :   10-cv-2041 (KAM) (LB)
                                    :
        Plaintiff,                 :
                                    :
  – against –                       :
                                    :
NEWS & COMICS, INC.,                :
                                    :
        Defendant.                 :
                                    :
------------------------------------x
NEWS & COMICS, INC.,                :
                                    :
        Third-Party Plaintiff,     :
                                    :
  – against –                       :
                                    :
SB NEW YORK, INC.,                  :
                                    :
        Third-Party Defendant.     :   **DECLARATION OF SERVICE**
                                    :
------------------------------------x

    ANDREW ROTSTEIN declares pursuant to 28 U.S.C. § 1746 that I am at least eighteen years of age, that I am not a party to this action, and that on February 15, 2012, I served on Plaintiff a true and correct copy of the Court's Memorandum and Order, dated February 13, 2012 and entered February 15, 2012, by placing it in an envelope bearing sufficient postage and placing it in the custody of the U.S. Postal Service addressed to:

    Michael Thomas
    601 West 142nd Street, Apt. 207
    New York, New York 10031.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2012.

                                                      Andrew Rotstein